Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10984−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martin H. Tigue
   1762 Hillside Pl
   Forked River, NJ 08731−3216

Social Security No.:
   xxx−xx−2958

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        4/19/23
Time:        10:00 AM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 28, 2023
JAN: mmf

                                      Jeanne Naughton
                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10984-CMG |
| Martin H. Tigue | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: 132 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Martin H. Tigue, 1762 Hillside Pl, Forked River, NJ 08731-3216 |
| 519830506 | Nr/sms/cal, 55 Beattie Pl, Greenville, SC 29601-2165 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 28 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2023 21:02:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519830503 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2023 21:01:31 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519845246 | + | Email/Text: RASEBN@raslg.com | Feb 28 2023 21:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519830504 | ^ | MEBN | Feb 28 2023 20:52:07 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 519830505 | | Email/Text: PBNCNotifications@peritusservices.com | Feb 28 2023 21:02:00 | Kohls/capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519830508 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2023 21:02:00 | Pnc Mortgage, PO Box 8703, Dayton, OH 45401-8703 |
| 519830507 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2023 21:02:00 | PNC Ban, B6-YM13-01-3, PO Box 1820, Dayton, OH 45401-1820 |
| 519830509 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 28 2023 21:01:35 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

Case 23-10984-CMG    Doc 14    Filed 03/02/23    Entered 03/03/23 00:14:42    Desc Imaged
Certificate of Notice    Page 3 of 3

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 28, 2023 | Form ID: 132 | Total Noticed: 12 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 02, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Frank J. Fischer | on behalf of Debtor Martin H. Tigue rugger52@aol.com  btassillo@aol.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5