UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By:  Denise Carlon, Esquire
Kevin G. McDonald, Esquire
Rebecca A. Solarz, Esquire
Brian C. Nicholas, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorneys for Secured Creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing

In Re:
Martin H. Tigue
        Debtor

        Co-Debtor

Case No:    23-10984 CMG

Chapter:    13

Hearing Date: 4/19/2023
Judge:    Christine M. Gravelle

# CERTIFICATION OF SERVICE

1. I, Kresimir Grgurevic:

   ☐ Represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 4/6/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation of Plan
   - Filed Proof of Claim (can be deleted if no POC is on file)
   - Debtor's Chapter 13 Plan
   - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 4/6/2023                              /s/ Kresimir Grgurevic

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Martin H. Tigue<br>1762 Hillside Place<br>Forked River, NJ 08731 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Frank J. Fischer Esq.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |